IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN R. McKINNEY

        Plaintiff,

vs.                                                                                       No. CIV 12-01120 WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

**O R D E R**

      **THIS MATTER** is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis Pursuant to 28 U.S.C. §1915) **[Doc. No. 2]**, filed on October 29, 2012.  Having considered the motion and financial affidavit, the Court will grant Plaintiff's motion to proceed as a pauper in accordance with 28 U.S.C. §1915. Accordingly, the commencement and prosecution of this action is authorized without the prepayment of the filing fee, costs, or security. However, any further proceedings involving cost must be specifically authorized in advance by the Court.

      **IT IS SO ORDERED**.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**