IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN R. McKINNEY

       Plaintiff,

vs.                                                                      No. CIV 12-01120 WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

       Defendant.

## ORDER DIRECTING SERVICE

**THIS MATTER** is before the Court on Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a). Having granted Plaintiff's application,

**IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**