**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JOHN R. MCKINNEY,**

       **Plaintiff,**

**v.**                                                    **No. 12cv1120 LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

       **Defendant.**

## ORDER TO EXPUNGE ADMINISTRATIVE RECORD
## AND EXTENDING DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulation to Expunge Administrative Record (Doc. 13) (Doc. 21)*, filed June 27, 2013. In the stipulation, the parties state that some of the pages of the Certified Administrative Transcript filed on March 18, 2013 [*Doc. 13*] contain personal and private information pertaining to an individual other than Plaintiff, and should be removed and destroyed from the Court's files and the Case Management and Electronic Case Filing (CM/ECF) system.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall remove and destroy all electronic and paper copies of the Certified Administrative Transcript filed on March 18, 2013 [*Doc. 13*] from its files and the CM/ECF system.

**IT IS FURTHER ORDERED** that Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel shall destroy all paper and electronic copies of the transcript in their possession.

**IT IS FURTHER ORDERED** that Defendant file a corrected Certified Administrative Transcript on or before **July 1, 2013**.

**IT IS FURTHER ORDERED** the briefing schedule entered on March 25, 2013 [*Doc. 15*] is hereby amended and Plaintiff shall filed an amended Motion to Reverse or Remand with Supporting Memorandum, citing to the corrected Certified Administrative Transcript, on or before **July 8, 2013**; Defendant shall file an amended response to Plaintiff's motion, citing to the corrected Certified Administrative Transcript, no later than **July 15, 2013**; and Plaintiff may file a reply on or before **July 29, 2013**.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**