IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN R. McKINNEY,

       Plaintiff,

v.                                                               No. CIV-12-1120 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

       Defendant.

# FINAL ORDER

       **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Amended Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 27)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

       **IT IS SO ORDERED.**

                                                 */s/ Lourdes A. Martinez*
                                      **THE HONORABLE LOURDES A. MARTINEZ**
                                      **UNITED STATES MAGISTRATE JUDGE**
                                      **Presiding by Consent**